■ In the Matter of ROBERT J. ZYSK, Petitioner, v PETER H. MAYER et al., Respondents. [931 NYS2d 889]—

The instant proceeding has been rendered academic in light of the order of Justice Peter H. Mayer, dated September 1, 2011. Skelos, J.P., Chambers, Lott and Miller, JJ., concur.